74 F.3d 1226
 Raynard Gregory
v.
Joseph Hasara, Mark Ludak, Raymond Viscusi, Thomas Doyle,
Michael Clark, Ron Avery, Diane Granlund, Kevin Tucker,
Daniel Cavanaugh, Wilson Goode, Jack McGuire, James Vales,
Robert Kulhmier, John Doe 1, William Demski, John Doe 2,
Ronald Castille, John Doe 3, John Doe 4, John Doe 5, John Doe 6
 NO. 95-1322
 United States Court of Appeals,
Third Circuit.
 Dec 05, 1995
 
 Appeal From: E.D.Pa., No. 90-cv-02289,
 Fullam, J.
 
 
 1
 AFFIRMED.